FILED
 2010 Feb-01  PM 04:15
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CASE NO. 2:09-CV-1376-SLB |
| | ) |
| TJ CONSTRUCTION SERVICES, L.L.C., | ) |
| | ) |
| **Defendant.** | ) |

## FINDINGS AND CONCLUSIONS

This case is before the court on plaintiff's Motion for Entry of Default and Judgment by Default. (Doc. 3.)[1]  Pursuant to Rule 55, Federal Rules of Civil Procedure, the court makes the following findings and conclusions:

1. Plaintiff properly served the Summons and Complaint upon defendant on July 13, 2009. (Doc. 2; doc. 3, Ex. A ¶ 1.)  To date, defendant has failed to appear, plead, or otherwise defend.

2. The Affidavit of Lane Hines Woodke, Assistant United States Attorney states, that defendant is not an infant or an incompetent. (Doc. 3, Ex. A ¶ 3.)

3. In its well-pleaded Complaint, plaintiff alleges that defendant became indebted to the United States "in connection with workplace safety violations under the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq., as noted during a May 17, 2006

---

[1]Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

inspection of [defendant's] worksite." (Doc. 1 ¶ 3 and Ex. A.)  Because defendant has failed to defend against these allegations and are in default, the court finds that it has admitted such facts and its liability is established.  *See Nishimatsu Const. Co., Ltd. v. Houston Nat. Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975),[2] *cited in Cotton v. Massachusetts Mut. Life Ins. Co.*, 402 F.3d 1267, 1278 (11th Cir. 2005).

    4.  Plaintiff claims $8,759.58 in damages, interest, and costs, itemized as follows:

| | |
|---|---|
| Principal Amount | $6,000.00 |
| Accrued Interest | $70.00 |
| Penalty | $180.00 |
| Costs of Process Service | $6.49 |
| Administrative and Other Costs | $2,153.09 |
| Court Costs | $350.00 |

(Doc. 4, Ex. B.)  A judgment in favor of plaintiff and against defendants for the sum total of $8,759.58 will be entered contemporaneously with these Findings and Conclusions.

    The Clerk of the Court is **DIRECTED** to serve defendant with a copy of these Findings and Conclusions at the following address:

    TJ Construction Services, L.L.C.
    536 Park Avenue
    Hoover, Alabama  35226

---

[2]Decisions of the former Fifth Circuit Court of Appeals rendered prior to October 1, 1981, constitute binding precedent in the Eleventh Circuit.  *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir.1981) (en banc).

**DONE**, this 1st day of February, 2010.

                                      */s/ Sharon Lovelace Blackburn*
                                      SHARON LOVELACE BLACKBURN
                                      CHIEF UNITED STATES DISTRICT JUDGE